CROOMS *v*. THE STATE.

SIMMONS, C. J.   There being no error of law complained of, and the evidence being sufficient to support the verdict, there was no error in overruling the motion for a new trial.

*Judgment affirmed.   All the Justices concurring.*

Submitted November 21, — Decided December 15, 1898.

Accusation of simple larceny.　Before Judge Ross.　City court of Macon.　October 20, 1898.

*Nottingham & Polhill* and *J. R. Cooper,* for plaintiff in error. *Robert Hodges, solicitor-general,* contra.